

**FILED**

MAR 24 2011

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK MISSOULA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 11-3-BU-DWM |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| NICHOLAS ALBRECHT, | |
| Defendant. | |

The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of conspiracy to distribute methamphetamine as set forth in the Indictment. After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

1

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

Therefore, I recommend that the Defendant be adjudged guilty of the offense charged in the Indictment and that sentence be imposed. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report.**

DATED this 24th day of March, 2011.

_____
Jeremiah C. Lynch
United States Magistrate Judge