IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS ALBRECHT,<br><br>Defendant. | CR 11–03–BU–DWM<br><br><br><br>ORDER |

Defendant Nicholas Albrecht having moved unopposed to withdraw the pending motion for compassionate release,

IT IS ORDERED that Albrecht's motion to withdraw (Doc. 89) is GRANTED. The pending motion for compassionate release (Doc. 79) is deemed WITHDRAWN. All future deadlines in this matter are VACATED.

DATED this 20 day of March, 2023.

_____
Donald W. Molloy, District Judge
United States District Court